**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 3 1 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00175-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

TARNELL L. JONES,
TUPAC A. SHAKUR,
JUSTION L. YOUNG,
MARKUS T. SMITH,
MIKE LEE MARSHALLE,
ANTHONEY WILLUIMS,
ADAM MASUS ABREHAM,
JESUS THE CHRIST, and more,

     Plaintiffs,

v.

WORLD/US and
ALL AGAINST ME,

     Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff Tarnell L. Jones an inmate at the Adams County Detention Facility, has

submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a

Complaint, and a document titled "Motion to US State Court House."  As part of the

court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the

submitted documents are deficient as described in this order.  Mr. Jones will be directed

to cure the following if he wishes to pursue his claims.  Any papers which Mr. Jones

files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1)  ___ is not submitted
(2)  ___ is missing affidavit
(3)  _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___ is missing certificate showing current balance in prison account
(5)  ___ is missing required financial information
(6)  ___ is missing an original signature by the prisoner
(7)  _X_ is not on proper form (must use the court's current form)
(8)  ___ names in caption do not match names in caption of complaint, petition or habeas application
(9)  ___ An original and a copy have not been received by the court. Only an original has been received.
(10) _X_ other: Motion is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**

(11) ___ is not submitted
(12) _X_ is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) ___ other _____

Accordingly, it is

ORDERED that Mr. Jones cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which Mr. Jones files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Jones, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Jones fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the complaint and the action will

be dismissed without further notice.  The dismissal shall be without prejudice.

DATED January 31, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00175-BNB

Tarnell L Jones
Reg. No. 10-3386
Adams County Detention Facility
150  N. 19th Ave.
Brighton, CO 80601

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and of the Prisoner Complaint forms** to the above-named individuals on January 31, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
              Deputy Clerk